NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**MULTIMEDIA PATENT TRUST,**
*Plaintiff-Appellant,*

**v.**

**APPLE INC., LG ELECTRONICS, INC.,
LG ELECTRONICS MOBILECOMM U.S.A., INC.,
AND LG ELECTRONICS U.S.A., INC.**
*Defendants-Appellees.*

---

2013-1620

---

Appeal from the United States District Court for the Southern District of California in No. 10-CV-2618, Judge Marilyn L. Huff.

---

**JUDGMENT**

---

KATHLEEN M. SULLIVAN, Quinn Emanuel Urquhart & Sullivan, LLP, of New York, New York, argued for plaintiff-appellant. With her on the brief were SANFORD I. WEISBURST; PHILIP C. STERNHELL, of Washington, DC; and FREDERICK A. LORIG, SUSAN R. ESTRICH, CHRISTOPHER A. MATHEWS, and BRUCE R. ZISSER, of Los Angeles, California.

GREGORY A. CASTANIAS, Jones Day, of Washington, DC, argued for defendant-appellee Apple Inc. With him on the brief were JENNIFER L. SWIZE; WILLIAM C. ROOKLIDGE, of Irvine California; and MARRON A. MAHONEY, of Chicago, Illinois.

JUSTIN BARNES, Fish & Richardson P.C., of San Diego, California, argued for defendants-appellees LG Electronics, Inc., et al. With him on the brief were LARA S. GARNER; MICHAEL J. MCKEON, of Washington, DC; and FRANK P. PORCELLI, of Boston, Massachusetts. Of counsel were FRANCIS J. ALBERT, and JUANITA ROSE BROOKS, of San Diego, California; RICHARD ALEX STERBA, of Washington, DC; and KELLY CATHERINE HUNSAKER, of Redwood City, California.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, MOORE, and CHEN, *Circuit Judges*).

**AFFIRMED. *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

|  July 17, 2014  | /s/  Daniel  E.  O'Toole |
|:---:|:---|
| Date | Daniel E. O'Toole |
|  | Clerk of Court |